UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXINE MORRIS,

    Plaintiff,

v.

TARGET DEPT. STORE, *et al*,

    Defendants.
    _____/

Case Number: 06-10649

Hon. Arthur J. Tarnow
District Judge

Donald A. Scheer
Magistrate Judge

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 14] AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [DE 18]

Before the Court are Defendant's Motion for Summary Judgment [DE 14], and to Dismiss [DE 18], on which the Court heard oral argument February 13, 2008. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [DE 14] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [DE 18] is DENIED AS MOOT.

SO ORDERED.

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: February 14, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 14, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager