# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MAXINE MORRIS,

    Plaintiff,

v.

TARGET DEPT. STORE, *et al*,

    Defendants.

_____/

Case Number: 06-10649

Hon. Arthur J. Tarnow
District Judge

Donald A. Scheer
Magistrate Judge

## **JUDGMENT**

In accordance with the Order entered on this day, February 14, 2008,

IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

Dated at Detroit, Michigan, this 14th day of February, 2008.

                DAVID J. WEAVER
                CLERK OF THE COURT


                BY:   S/THERESA E. TAYLOR
                        Deputy Clerk

Approved:


S/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

                .